IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,** | Case No. 2:19-cv-0578 TLN KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **M. LIDDELL, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  On July 13, 2020, defendants filed a request for extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment.  Good cause having been shown, IT IS HEREBY ORDERED that:

1. Defendants' request (ECF No. 47) is granted; and

2. Defendants are granted an extension of time, up to and including July 24, 2020, within which to file their reply.

Dated: July 14, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/howe0578.ext