UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. LIDELL, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00578-TLN-KJN<br><br>**ORDER** |

Plaintiff Kareen J. Howell ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 04, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 50.) Neither party has filed objections to the findings and recommendations.

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　1. The Findings and Recommendations filed February 04, 2021, are ADOPTED IN FULL; and

2. Plaintiff's Motion for Summary Judgment (ECF No. 39) is DENIED.

IT IS SO ORDERED.

DATED: March 25, 2021

Troy L. Nunley
United States District Judge

2